# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 28, 2023

## NO. 03-21-00571-CV

**Texas Department of State Health Services, and Dr. Jennifer A. Shuford, in her Official Capacity as Commissioner of the Texas Department of State Health Services, Appellants**

**v.**

**Sky Marketing Corp., d/b/a Hometown Hero; Create A Cig Temple, LLC; Darrell Surif; and David Walden, Appellees**

### APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the interlocutory orders signed by the trial court on November 8, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory orders. Therefore, the Court affirms the trial court's interlocutory orders. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.